UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

*Eastern District of Kentucky*
**FILED**
OCT 0 7 2008
AT FRANKFORT
LESLIE G. WHITMER
CLERK: U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                                             INFORMATION NO. 08-24
                                               29 U.S.C § 501(c)

CHRISTOPHER ETHINGTON

\* \* \* \* \*

THE UNITED STATES ATTORNEY CHARGES:

On or about September 2004, and continuing through on or about November, 2005, in Shelby County in the Eastern District of Kentucky,

**CHRISTOPHER ETHINGTON**

being an officer of a labor organization, the president of United Auto Worker Local # 2926, did embezzle, steal, and unlawfully and willfully abstract and convert to his own use the moneys and funds of the United Auto Workers Local # 2926, all in violation of 29 U.S.C. § 501(c).

JAMES A. ZERHUSEN
UNITED STATES ATTORNEY

## **PENALTIES**

**COUNT 1:**   Not more than 5 years imprisonment, $10,000 fine, and 3 years supervised release.

**PLUS:**   Mandatory special assessment of $100 per count.

**PLUS:**   Restitution, if applicable.